GARY S. FERGUS, (CA Bar No. 095318)
FERGUS, A LAW OFFICE
595 Market Street, Ste. 2430
San Francisco, California 94115
Telephone: (415) 537-9032
Facsimile: (415) 537-9038
E-mail: gfergus@ferguslegal.com

PAUL K. VICKREY *(pro hac vice)*
PATRICK F. SOLON *(pro hac vice)*
KARA L. SZPONDOWSKI *(pro hac vice)*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax:     (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: solon@nshn.com
E-mail: szpondowski@nshn.com

Attorneys for Dennis Fernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENNIS FERNANDEZ, | ) Case No. C 11-04973 PJH |
| Plaintiff, | ) **STIPULATION TO EXTEND DATE TO ANSWER OR OTHERWISE RESPOND** |
| v. | ) |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC; SONY NETWORK ENTERTAINMENT AMERICA, INC.; AND SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, | ) |
| Defendants. | ) |

1     Plaintiff Dennis Fernandez and Defendants Sony Computer Entertainment America LLC, Sony Network Entertainment America Inc., and Sony Network Entertainment International LLC ("Sony") hereby stipulate, pursuant to Local Rule 6-1, to extend the date for Sony to answer or otherwise respond to the Complaint by 30 days until December 8, 2011.

Dated: October 27, 2011

Respectfully submitted,

By: /s/ Paul Vickrey
PAUL K. VICKREY *(pro hac vice)*
PATRICK F. SOLON *(pro hac vice)*
KARA L. SZPONDOWSKI *(pro hac vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: solon@nshn.com
E-mail: szpondowski@nshn.com

Gary S. Fergus
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

Attorneys for Dennis Fernandez

Dated: October 27, 2011

By: /s/ James Y. Leong
James Y. Leong
Senior Corporate Counsel
Sony Computer Entertainment America LLC
919 E. Hillsdale Blvd.
Foster City, CA 94404
Phone: (650) 655-8067
Fax: (650) 655-5901
E-mail: jim_leong@playstation.sony.com

On behalf of Sony Computer Entertainment America LLC; Sony Network Entertainment America Inc.; and Sony Network Entertainment International LLC

2.

## PROOF OF SERVICE

I, Jane C. Su, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this cause. My business address is Fergus, a law office, 595 Market Street, Suite 2430, San Francisco, California 94105.

On October 27, 2011, I served a copy of the **Stipulation To Extend Date To Answer Or Otherwise Respond** on the parties to this action as follows:

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Fergus, A Law Office, San Francisco, California. I am readily familiar with Fergus, A Law Office's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

| | |
|---|---|
| James Y. Leong<br>Senior Corporate Counsel<br>Sony Computer Entertainment America LLC<br>919 E. Hillsdale Blvd.<br>Foster City, CA 94404 | Becky DeGeorge<br>Agent for Service of Process<br>Authorized Agent of CSC-Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Ste. 100<br>Sacramento, CA 95833 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on the 27th of October 2011 at San Francisco, California.

_____
Jane C. Su

Fernandez v. Sony Computer Entertainment America LLC, et al., Case No. C 11-04973 PJH
Stipulation to Extend Date to Answer or Otherwise Respond