1  KILPATRICK TOWNSEND & STOCKTON LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ERIC M. HUTCHINS (State Bar No. 245462)
   1080 Marsh Road
3  Menlo Park, CA  94025
   Telephone:(650) 326-2400
4  Facsimile: (650) 326-2422
   Email: therhold@kilpatricktownsend.com
5          ehutchins@kilpatricktownsend.com

6  KILPATRICK TOWNSEND & STOCKTON LLP
   MEGAN M. CHUNG (State Bar No. 232044)
7  12730 High Bluff Drive, Suite 400
   San Diego, CA  92130
8  Telephone:(858) 350-6100
   Facsimile: (858) 350-6111
9  Email: mchung@kilpatricktownsend.com

10 Attorneys for Defendants and Counterclaimants,
   SONY COMPUTER ENTERTAINMENT AMERICA LLC and
11 SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                         OAKLAND DIVISION

| | |
|---|---|
| DENNIS FERNANDEZ,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, et al.<br><br>    Defendants and Counterclaimants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 4:11-cv-04973 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date:  January 12, 2012<br>Time:          2:00 p.m.<br>Courtroom:     3, 3rd Floor<br>Judge:         Hon. Phyllis J. Hamilton |

///
///
///
///
///
///



ORDER GRANTING STIPULATED REQUEST TO CONTINUE CMC
CASE NO.: 4:11-CV-04973 PJH

1  For the reasons set forth in the Parties' joint stipulated request, it is hereby ordered that the
2  Case Management Conference before with Judge Phyllis J. Hamilton currently set for Thursday,
3  January 12, 2012 at 2:00 p.m. is continued to Thursday, **February 9, 2012** at **2:00 p.m.**

4

5  IT IS SO ORDERED.

6

7  Dated: December 16, 2011

8  Hon. Phyllis J. Hamilton

9  63871720 v1





ORDER GRANTING STIPULATED REQUEST TO CONTINUE CMC   - 1 -
CASE NO.: 4:11-CV-04973 PJH